IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | | |
|---|---|---|
| United Resource Recovery Corporation, | ) ) ) | C.A. No. 7:07-502-HFF |
| Plaintiff, | ) ) | |
| -vs- | ) ) | **AFFIDAVIT OF SERVICE OF DEFENDANT, JOHN KOHUT** |
| RamKo Venture Management, Inc., and John Kohut, | ) ) ) | |
| Defendants. | ) ) | |

Attached hereto is the Affidavit of Service from the process server indicating service on

Defendant, John Kohut, on February 23, 2007.

March 6, 2007

_s/Thomas M. Larkin_____
Michael J. Giese (#2094)
Thomas M. Larkin (#9480)
Leatherwood Walker Todd & Mann, P.C.
300 East McBee Avenue, Suite 500 (29601)
Post Office Box 87
Greenville, SC 29602
(864) 242-6440
(864) 240-2475
mgiese@lwtm.com
tlarkin@lwtm.com
ATTORNEYS FOR PLAINTIFF

1073237