UNITED STATES DISTRICT COURT
SPARTANBURG DIVISION
DISTRICT OF SOUTH CAROLINA
-----------------------------------------------------X
UNITED RESOURCE RECOVERY CORPORATION,
               Plaintiff(s),         CASE NO. 7:07-502-HFF

    -against-                       **AFFIDAVIT OF SERVICE**

RAMKO VENTURE MANAGEMENT, INC.
and JOHN KOHUT,
               Defendant(s).
-----------------------------------------------------X
STATE OF NEW YORK    )
                            :
COUNTY OF NEW YORK  )

       JASON AGEE, being duly sworn, deposes and says that he is an employee of KEATING & WALKER ATTORNEY SERVICE, INC., is over the age of eighteen years and is not a party to the action.
       That on the 23rd day of February, 2007, at approximately 2:52 p.m., deponent served an original **SUMMONS IN A CIVIL ACTION; COMPLAINT FOR DECLARATORY JUDGMENT and PLAINTIFF'S ANSWERS TO LOCAL RULE 26.01 INTERROGATORIES** upon JOHN W. KOHUT c/o RamKo Venture Management, Inc. c/o Founders Equity at 711 Fifth Avenue, New York, New York by personally delivering and leaving the same with John W. Kohut, at that address. At the time of service deponent asked whether the defendant is in active military service for the United States or for the State in any capacity whatsoever or dependent upon such person and received a negative reply.
       John W. Kohut is a white male, approximately 58 years of age, approximately 5 feet and 4 inches tall, weighs approximately 300 pounds, with short gray hair and light eyes and was wearing glasses.

Sworn to before me this
26th day of February, 2007         JASON AGEE #1196790

MICHAEL J. KEATING
NOTARY PUBLIC, STATE OF NEW YORK
Reg. No. 01-KE-4851559
Qualified in New York County
Commission expires February 3, 2010