IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | | |
|---|---|---|
| United Resource Recovery Corporation, | ) ) ) | C.A. No. 7:07-502-HFF |
| Plaintiff, | ) ) | |
| -vs- | ) ) | **AFFIDAVIT OF SERVICE OF DEFENDANT RAMKO VENTURE** |
| RamKo Venture Management, Inc., and John Kohut, | ) ) ) | **MANAGEMENT, INC.** |
| Defendants. | ) | |

    Attached hereto is the Affidavit of Service from the process server indicating service on Defendant, RamKo Venture Management, Inc., on February 23, 2007.

| | |
|---|---|
| March 6, 2007 | _s/Thomas M. Larkin_____<br>Michael J. Giese (#2094)<br>Thomas M. Larkin (#9480)<br>Leatherwood Walker Todd & Mann, P.C.<br>300 East McBee Avenue, Suite 500 (29601)<br>Post Office Box 87<br>Greenville, SC 29602<br>(864) 242-6440<br>(864) 240-2475<br>mgiese@lwtm.com<br>tlarkin@lwtm.com |
| 1073237 | ATTORNEYS FOR PLAINTIFF |