IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | | |
|---|---|---|
| UNITED RESOURCE RECOVERY CORPORATION, | ) ) | |
| Plaintiff, | ) ) ) ) ) | AMENDED NOTICE OF APPEARANCE |
| RAMKO VENTURE MANAGEMENT, INC. and JOHN KOHUT, | ) ) ) ) | CASE NUMBER: 7:07-502-HFF |
| Defendant. | ) | |

To the Clerk of Court of this Court and all parties of record:

    Please enter my appearance as counsel in this case for:

    RAMKO VENTURE MANAGEMENT, INC. and JOHN KOHUT

    I certify that I am admitted to practice in this Court.

    The Plaintiff has agreed to an extension of time for the above-listed Defendants to respond to the Complaint. Based on that extension among counsel, a response is now due on or before April 4, 2007.

                                        By: s/ Julianne Farnsworth
                                              Julianne Farnsworth
                                              Federal Bar # 4438
                                              FARNSWORTH LAW FIRM LLC
                                              Post Office Box 338
                                              Charleston, South Carolina 29402
                                              Ph: (843) 723-0425    Fax: (843) 723 0426

April 2, 2007