IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION
DEFICIENCY MEMORANDUM

TO: JULIANNE FARNSWORTH

FROM: AMANDA WILLIAMS, 864-241-2713

RE: 7:07-502-HFF

DATE: April 5, 2007

      Pursuant to Rule 5, Federal Rules of Civil Procedures, the MEMORANDUM IN SUPPORT OF MOTION FILED AS A MEMORANDUM IN SUPPORT OF JUDGMENT (DOCUMENT 15) AND MOTION TO TRANSFER (DOCUMENT 18) has been filed. However, it is deficient in the area(s) checked below:

I. **When the deficiency noted is corrected and the document refiled, the Clerk will change the filing document date and response due date back to that of the original filing. The original filing will then be deleted.**

   **The corrected document must not contain any changes other than to correct the deficiency noted.**

   **Response is due based on the original filing date, regardless of the deficiency noted.**

   ■ Documents filed together, please separate and refile with the motion as the main document and the memo in support and exhibits as separate attachments to the motion.

   ■ Wrong Event used - Memorandum in support of motion was filed as a memorandum in support of judgment. It should be filed as an attachment to the motion.

   **Please correct the deficiency(ies) as noted above within one business day**.