IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | | |
|---|---|---|
| United Resource Recovery Corporation, | ) | Case Number: 7:07-502-HFF |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **CONSENT ORDER** |
| | ) | **EXTENDING TIME** |
| RamKo Venture Management, Inc. and John Kohut, | ) | |
| | ) | |
| Defendants. | ) | |
| | | |
| RamKo Venture Management, Inc., | ) | |
| | ) | |
| Third-Party Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Carlos Gutierrez, | ) | |
| | ) | |
| Third-Party Defendant. | ) | |

This matter is before the Court on motion of the Plaintiff for an additional fourteen (14) days within which to file its memorandum in opposition to the motion of the Defendants to transfer. With consent of counsel for the Defendants, it is ORDERED that the Plaintiff's time for filing its memorandum in opposition to the Defendants' Motion to Transfer is extended up to and including May 7, 2007.

IT IS SO ORDERED.

                                                    s/Henry F. Floyd
                                                    Henry F. Floyd
                                                    United States District Judge

Dated: April 17, 2007

WE SO MOVE:

s/Michael J. Giese
Michael J. Giese (#2094)
Thomas M. Larkin (#9480)
Leatherwood Walker Todd & Mann, P.C.
300 East McBee Avenue, Suite 500
Post Office Box 87
Greenville, SC 29602
(864) 242-6440; (864) 240-2477 (fax)
mgiese@lwtm.com
tlarkin@lwtm.com
ATTORNEY FOR PLAINTIFF


s/Julianne Farnsworth
Julianne Farnsworth (#4438)
Farnsworth Law Firm LLC
P.O. Box 338
Charleston, SC 29402
(843) 723-0425; (843) 723-0426 – Fax
julianne@farnsworthlaw.com
ATTORNEY FOR DEFENDANTS
Doc # 1080128