IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION
DEFICIENCY MEMORANDUM

**TO:** Michael Giese

**FROM:** Angela Lewis
241-2759

**RE:** 7:07-502-HFF

**DATE:** April 17, 2007

Pursuant to Rule 5, Federal Rules of Civil Procedures, the Letter, document #23 has been filed. However, it is deficient in the area(s) checked below:

**I.** **When the deficiency noted is corrected and the document refiled, the Clerk will change the filing document date and response due date back to that of the original filing. The original filing will then be deleted.**

**The corrected document must not contain any changes other than to correct the deficiency noted.**

**Response is due based on the original filing date, regardless of the deficiency noted.**

- ☐ Pleading not signed with s/Name on signature line or digital signature
- ☐ Incorrect case number listed on document filed
- ☐ Document filed in wrong case
- ☐ Document not legible
- ☐ Document signed by attorney but e-filed under another attorney's login
- ☐ Documents filed together, please separate and refile
- ☒ **Wrong Event used. Please refile using the event Letter Extending Time to Answer. This allows you to enter the extension date in reference to the answer deadline. If you have any questions, call before refiling the document.**
- ☐ Wrong Document Attached

**Please correct the deficiency(ies) as noted above within one business day**.