# LEATHERWOOD WALKER TODD & MANN, P.C.

| | | | |
|---|---|---|---|
| JOHN E. JOHNSTON, JR. | J. TOD HYCHE | | **Mailing Address**: |
| HARVEY G. SANDERS, JR. | LAUREL R.S. BLAIR | ATTORNEYS AT LAW | Post Office Box 87 |
| DAVID A. QUATTLEBAUM III | JAMILE J. FRANCIS III | THE LEATHERWOOD PLAZA | Greenville, SC 29602-0087 |
| JOSEPH E. MAJOR | JOHN P. RIORDAN | 300 EAST MCBEE AVENUE, SUITE 500 | |
| DUKE K. MCCALL, JR. | SEANN GRAY TZOUVELEKAS | GREENVILLE, SOUTH CAROLINA 29601 | **COUNSEL:** |
| EARLE G. PREVOST | WILLIAM B. SWENT | FAX: (864) 240-2477 | JAMES H. WATSON |
| J. RICHARD KELLY | MICHELE FULLER LYERLY | TELEPHONE: (864) 242-6440 | |
| A. MARVIN QUATTLEBAUM | LAURIN MILFORD MCDONALD | | D.B. LEATHERWOOD |
| JACK H. TEDARDS, JR. | PETER A. RUTLEDGE | | 1896-1989 |
| F. MARION HUGHES | PAUL E. HAMMACK | | WESLEY M. WALKER |
| MICHAEL J. GIESE | CARI V. HICKS | | 1915-1999 |
| MARK R. HOLMES | MARY H. WATTERS | | FLETCHER C. MANN |
| WILLIAM L. DENNIS | J. KURT SCHUMACHER, JR. | | 1921-2003 |
| NATALMA M. MCKNEW | JENNIFER ADAMSON MOORHEAD | April 16, 2007 | |
| ROBERT A. DEHOLL | MARGARET C. MCGEE | | **WRITER'S** |
| RICHARD L. FEW, JR. | ALEXANDRE N. MACCLENAHAN | | Direct Dial: 864-240-2493 |
| STEVEN E. FARRAR | OLIVIA T. ROWE | | Direct Fax: 864-240-2475 |
| H. GIBERT SANDERS, III | ERIKA B. NEWSOM | | E-Mail: mgiese@lwtm.com |
| THOMAS W. EPTING | ZANDRA L. JOHNSON | | |
| JAMES L. ROGERS, JR | S. BROOKE CHAPMAN | | |
| DAVID E. HODGE | JOHN M. WALKER | | |
| FRANK C. WILLIAMS III | P. GRIFFIN BELL | | |
| WILLIAM L. PITMAN | THOMAS M. LARKIN | | |
| ROBERT D. MOSELEY, JR | REBECCA H. ZABEL | | |
| JAMES T. HEWITT | SALLIE S. HOLDER | | |
| KURT M. ROZELSKY | | | |

**VIA FACSIMILE 843/ 723-0426**

Julianne Farnsworth, Esq.
Farnsworth Law Firm LLC
P.O. Box 338
Charleston, SC 29402

     Re:   *United Resource Recovery Corporation v. RamKo Venture Management, Inc. et al.*
            Case No.: 7:07-502-HFF

Dear Julianne:

     Thank you for agreeing to extend our time to file a memorandum in opposition to your motion to transfer. I am enclosing a proposed consent order to formalize that extension with the Court.

     I would also like to confirm the extensions you have given me to respond to your answer, counterclaim and third-party complaint. You have agreed to give the Plaintiff twenty (20) additional days within which to reply to your counterclaim. By my calculations, that reply will now be due on May 16, 2007.

     I agreed on Friday, April 13, 2007 to accept service of your third-party complaint upon Carlos Gutierrez, so with the twenty (20) day extension you have granted to him, his responses to your third-party complaint will be due on May 25, 2007.

     Thank you again for your courtesy and cooperation. To confirm these extensions so I can file them with the Court, I would appreciate it if you would sign and return a copy of this letter and also sign and return a copy of the proposed Consent Order.

     If you have any questions, please do not hesitate to call. Again, I appreciate your courtesy.

Julianne Farnsworth, Esq.
Page 2
April 16, 2007

   With best regards, I remain

           Yours very truly,

           s/Michael J. Giese

           Michael J. Giese
           Leatherwood Walker Todd & Mann, P.C.

MJG/kpg 1080120
138244
Enclosures

Extensions Confirmed:

s/Julianne Farnsworth, Esq.      04/16/07
Julianne Farnsworth, Esq.       Date