IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION
DEFICIENCY MEMORANDUM

**TO:**     **Michael Giese**

**FROM:**   **Angela Lewis**
            **241-2759**

**RE:**     **7:07-502-HFF**

**DATE:**   **May 17, 2007**

Pursuant to Rule 5, Federal Rules of Civil Procedures, the **Reply not to a Motion, document #31** has been filed.  However, it is deficient in the area(s) checked below:

**I.    When the deficiency noted is corrected and the document refiled, the Clerk will change the filing document date and response due date back to that of the original filing.  The original filing will then be deleted.**

**The corrected document must not contain any changes other than to correct the deficiency noted.**

**Response is due based on the original filing date, regardless of the deficiency noted.**

☐  Pleading not signed with s/Name on signature line or digital signature

☐  Incorrect case number listed on document filed

☐  Document filed in wrong case

☐  Document not legible

☐  Document signed by attorney but e-filed under another attorney's login

☐  Documents filed together, please separate and refile

■  **Wrong Event used. Please refile using the event Answers to Complaints.  The system will bring up the answer and counterclaim.  If you have any questions, call the case manager listed above before refiling.**

☐  Wrong Document Attached

**Please correct the deficiency(ies) as noted above within one business day**.