# UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
## SPARTANBURG DIVISION

United Resource Recovery Corp., )
        Plaintiff )
                            )
            v. )
                            )
RamKo Venture Management, Inc., )
        Defendant )

Case No. 7:07-CV-502-HFF

**Application/Affidavit for**
***Pro Hac Vice*** **Admission**
**and Order**

(1) **Residence.** I reside at the following address:

| 465 West End Avenue, | New York | NY | 10024 |
|---|---|---|---|
| Street | City | State | Zip Code |

(If a resident of South Carolina, Applicant should indicate for how long: _____ months/years.)

(2) **Business Address.** I am an attorney and practice law under the name of or as a member of the following firm:

Firm name: Lloyd S. Clareman, P.C.
Mailing address: 121 East 61st St., New York, NY 10024
Telephone number: 212-751-1585
Facsimile number: 212-838-0814
Email address: lloyd.clareman@clareman.com

(3) **Jurisdiction of this Court**: I, by execution of this Application and Affidavit, consent and agree to comply with the applicable statutes, laws, and rules of the State of South Carolina, with all federal rules, and with the Local Rules of the United States District Court for the District of South Carolina (particularly, Local Civil Rule 83.I.08 and/or Local Criminal 57.I.08). I consent to the jurisdiction of the United States District Court for the District of South Carolina in all matters of attorney conduct.

(4) **Regular Practice of Law.** I am a member in good standing of the bar of the highest court of the District of Columbia or the State of New York where I regularly practice law. **Attached is my certificate of good standing.**

(5) **Additional Bar Membership.** I have been admitted to practice before the following courts: (List all of the courts Applicant has been admitted to practice before: United States District Courts; United States Circuit Courts of Appeals; the Supreme Court of the United States; and courts of other states or the District of Columbia.) By signing this Affidavit, I certify that I am a member in good standing of each of the listed bars unless otherwise noted.

---

[1]This District maintains a web-site (www.scd.uscourts.gov) from which the federal and local

| Court | Date Admitted | Good Standing |
|---|---|---|
| Supreme Court of the U.S. | 7/16/84 | ☒Yes ☐No |
| U.S. Court of Appeals, 4th Cir. | 3/18/82 | ☒Yes ☐No |
| U.S. District Court, SDNY | 4/25/78 | ☒Yes ☐No |

also 2d,3d,5th,10th,11th,DC Cirs,EDNY,WDNY in good standing in all

(6) **Pending Disciplinary Matters.** Are you presently the subject of any formal suspension or disbarment proceedings, and have you been notified by any disciplinary agency of the initiation of formal procedures?................................................. ☐Yes ☒No

(If 'yes,' give particulars, such as jurisdiction, court, date, grounds. Information to comply with this paragraph may be provided *in camera* but that fact shall be revealed below.)

(7) **Curtailment of Prior *Pro Hac Vice* Admissions.** Have you ever had any application for admission *pro hac vice* in this or any other jurisdiction denied or any *pro hac vice* admission revoked?.............................................................. ☐Yes ☒No

(If "yes," give particulars, such as date, court, docket number, judge, circumstances; attach a copy of any order of denial or revocation.)

(8) **Sanctions.** Have you ever had any certificate or privilege to appear and practice before any judicial or administrative body suspended or revoked, or received a public reprimand or greater sanction? ............................................................. ☒Yes ☐No

(If "yes," give particulars, e.g., judicial or administrative body, date of suspension, and reinstatement.)
Censure in 1996 by NYS Appellate Division, First Dept.; details reported at 640 NYS2d 84; no suspension

(9) **Criminal Sanctions.** Have you ever been convicted of a felony under the laws of the District of Columbia or of any State or under the laws of the United States?..... ☐Yes ☒No

(10) **Present and Previous *Pro Hac Vice* in this Court.** Have you, within the last ten (10) years, filed an application to appear *pro hac vice* in the United States District Court for the District of South Carolina or another court in the state of South Carolina? .......☐Yes ☒No

(If "yes," give court, case name, docket number, and status of litigation, year of application, local counsel of record in each case, and state whether application is pending or was granted.) Attach additional pages if necessary.

(11) **Designated Local Counsel.** Local counsel of record associated with Applicant in this case is:

Attorney Name: Julianne Farnsworth
Street Address or P. O. Box: P. O. Box 50288
City, State, and Zip Code: Columbia, South Carolina 29250
Telephone Number: 803-256-0802

I understand that local counsel of record is required to: (1) personally sign each pleading, motion, discovery procedure, or other document served or filed in this Court; (2) accept service of all pleadings and notices as required on behalf of all counsel for the party represented; (3) be present at all pretrial conferences, hearings and trials, unless excused by the Court; (4) be prepared to participate actively as may be necessary; and (5) assure compliance with Local Civil Rules 83.I.04, 83.I.05, and 83.I.06 or Local Criminal Rules 57.I.04, 57.I.05, and 57.I.06 as appropriate. Local counsel of record may attend discovery proceedings.

(12) **Associated Counsel.** In addition to local counsel designated above, the following counsel are also associated with the undersigned in this case.

(13) **Filing Fee.** I affirm that the filing fee of one hundred dollars ($~~100~~ 250.00) has been paid in accordance with Local Civil Rule 83.I.08 or Local Criminal 57.I.08 or paid herewith.

_____
Signature of Applicant

Sworn to and subscribed before me this ___ day of May 20 2007

Mary Grace Ibisate
A Notary Public of the State of New York

My Commission expires: March 15, 2008

MARY GRACE IBISATE
Notary Public, State of New York
No. 01IB6106960
Qualified in Queens County
Commission Expires March 15, 2008

Upon consideration of the foregoing Motion and Application/Affidavit, it is ORDERED the Motion for Admission *Pro Hac Vice* be GRANTED / DENIED and the Applicant MAY / MAY NOT appear in this matter on behalf of the represented party.

Date _____        United States District / Magistrate Judge