**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
(     Spartanburg **DIVISION**)

UNITED RESOURCE RECOVERY CORPORATION,

|  |  |  |
|---|---|---|
| Plaintiff/Petitioner/USA, | ) | **Case No.** 7:07-502-HFF |
| v. | ) | |
| RAMKO VENTURE MANAGEMENT, INC., and JOHN KOHUT, | ) | **Motion** |
| | ) | **in Support of** |
| Defendant/Respondent. | ) | *Pro Hac Vice* **Application** |
| | ) | |

The undersigned local counsel hereby moves, together with the attached Application and Affidavit, that

Lloyd S. Clareman _____ (one attorney per motion) be admitted *pro hac vice* in the above-captioned

case as associate counsel. As local counsel, I understand that:

1.     I will personally sign and include my District of South Carolina federal bar attorney identification number on each pleading, motion, discovery procedure, or other document that I serve or file in this court; and

2.     All pleadings and other documents that I file in this case will contain my name, firm name, address, and phone number and those of my associate counsel admitted *pro hac vice*; and

3.     Service of all pleadings and notices as required shall be sufficient if served upon me, and it is my responsibility to serve my associate counsel admitted *pro hac vice*; and

4.     Unless excused by the court, I will be present at all pretrial conferences, hearings, and trials and may attend discovery proceedings. I will be prepared to actively participate if necessary.

5.     Certification of Consultation (Local Civil Rule 7.02).

    [✓]     Prior to filing this Motion, I conferred with opposing counsel who has indicated the following position as to this Motion: [ ] will likely oppose; [✓] does not intend to oppose

    [ ]     Prior to filing this Motion, I attempted to confer with opposing counsel but was unable to do so for the following reason(s):

    [ ]     No duty of consultation is required because the opposing party is proceeding pro se.

| | |
|---|---|
| Farnsworth Law Firm LLC | Julianne Farnsworth |
| Firm Name | Name of Local Counsel |
| | |
| Post Office Box 338 | s/Julianne Farnsworth |
| Street Address or Post Office Box | Signature of Local Counsel |
| | |
| Charleston, South Carolina 29402 | Local Counsel for the Defendants |
| City, State, Zip Code | |
| 843 723-0425 | District of South Carolina |
| Telephone Number | Federal Bar Number 4438 |