IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION
DEFICIENCY MEMORANDUM

TO: Julianne Farnsworth

FROM: Angela Lewis
241-2759

RE: 7:07-502-HFF

DATE: May 17, 2007

Pursuant to Rule 5, Federal Rules of Civil Procedures, the **Motion for Pro Hac Vice, document #34** has been filed. However, it is deficient in the area(s) checked below:

I. **When the deficiency noted is corrected and the document refiled, the Clerk will change the filing document date and response due date back to that of the original filing. The original filing will then be deleted.**

**The corrected document must not contain any changes other than to correct the deficiency noted.**

**Response is due based on the original filing date, regardless of the deficiency noted.**

☐ Pleading not signed with s/Name on signature line or digital signature

☐ Incorrect case number listed on document filed

☐ Document filed in wrong case

☐ Document not legible

☐ Document signed by attorney but e-filed under another attorney's login

☐ Documents filed together, please separate and refile

☐ Wrong Event used

■ **Wrong Document Attached. When filing motions for pro hac vice, the Court's form must be used. It is located on the Court's website. Please use the Court's forms and EMAIL them to me so that I can substitute the images. DO NOT REFILE or you will be charged again.**

**Please correct the deficiency(ies) as noted above within one business day**.