IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | | |
|---|---|---|
| United Resource Recovery Corporation, | ) | Case Number: 7:07-502-HFF |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **JOINT RULE 26(f) REPORT** |
| | ) | |
| RamKo Venture Management, Inc. and John Kohut, | ) ) | |
| | ) | |
| Defendants. | ) | |
| RamKo Venture Management, Inc., | ) | |
| | ) | |
| Third-Party Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Carlos Gutierrez, | ) | |
| | ) | |
| Third-Party Defendant. | ) | |

The Plaintiff, United Resource Recovery Corp., (the "Plaintiff"), having consulted pursuant to Rule 26(f), Fed.R.Civ.P., hereby reports as follows (check one below):

__X__   We agree that the schedule set forth in the Conference and Scheduling Order filed **June 18, 2007** is appropriate for this case. The parties' proposed discovery plan as required by Fed.R.Civ.P. Rule 26(f) is attached and the parties are filing the information required by Local Civil Rule 26.03 separately.

_____   The parties request additional time from the deadlines set out in the Conference and Scheduling Order filed **June 18, 2007** for the attached reasons. The parties' proposed discovery plan as required by Fed.R.Civ.P. Rule 26(f) and the information required by Local Civil Rule 26.03 are attached, **along with a proposed Consent Amended Scheduling Order**.

_____   We are unable, after consultation, to agree on a schedule for this case. We, therefore, request a scheduling conference with the Court. The parties' proposed discovery plan as required by 26(f) Fed.R.Civ.P., with disagreements noted, is attached. The information required by Local Civil Rule 26.03 is also attached.

(SIGNATURE PAGE ATTACHED)

2

| PLAINTIFF | DEFENDANT(S) |
|---|---|
| s/Thomas M. Larkin<br>*Signature of Plaintiff's Counsel* | s/Julianne Farnsworth<br>*Signature of Defendant's Counsel* |
| Michael J. Giese (#2094)<br>Thomas M. Larkin (#9480)<br>Leatherwood Walker Todd & Mann, P.C.<br>300 East McBee Avenue, Suite 500<br>Post Office Box 87<br>Greenville, SC 29602<br>(864) 242-6440; (864) 240-2477 (Fax)<br>mgiese@lwtm.com<br>tlarkin@lwtm.com | Julianne Farnsworth (#4438)<br>Farnsworth Law Firm LLC<br>P.O. Box 338<br>Charleston, SC 29402<br>T: (843) 723-0425; F: (843) 723-0426<br>Julianne@Farnsworthlaw.com |
| | s/Lloyd Clareman<br>*Signature of Defendant's Counsel* |
| | Lloyd Clareman<br>121 East 61st Street, 2nd Floor<br>New York, NY 10021<br>T: (212) 751-1585; F: (212) 838-0814<br>Lloyd.clareman@clareman.com |
| Dated: 7/20/07 | Dated: 7/20/07 |