# LLOYD S. CLAREMAN
A PROFESSIONAL CORPORATION
ATTORNEY AT LAW
121 EAST 61ST STREET
NEW YORK, NEW YORK 10065

E-MAIL ADDRESS:
LLOYD.CLAREMAN@CLAREMAN.COM

TELEPHONE (212) 751-1585
TELECOPIER (212) 838-0814

August 22, 2007

The Honorable Henry F. Floyd
United States District Judge
United States District Court
201 Magnolia Street
Spartanburg, SC 29306

Re: *United Resource Recovery Corporation v. RamKo Venture Management, Inc., et al.*, Case No. 7:07-502-HFF

Dear Judge Floyd:

I am co-counsel, admitted *pro hac vice*, for defendants and counter-claimants RamKo Venture Management, Inc. and John Kohut in the above-referenced action.

In the Defendants' Responses to Local Civil Rule 26.03 Disclosures that were filed on or about July 23, 2007, defendants informed the Court, in response to item 6, that Defendants' Motion to Transfer Venue to the Southern District of New York had been fully briefed as of May 11, 2007; but defendants reported that the parties had jointly requested that the Court refrain from deciding this important motion for 30 days, as we felt that having this motion remain undecided might have served as a catalyst for settlement. We informed the Court in those same Rule 26.03 Disclosures that unless the parties jointly requested an extension of this 30-day window, we respectfully requested that the Court decide the transfer motion as soon as practicable and convenient following the expiration of 30 days from July 23.

I am writing today to advise the Court that efforts to achieve an early resolution of this case have not been successful and that, accordingly, defendants respectfully request that the Court address the pending transfer motion as soon as it conveniently can do so.

The Honorable Henry F. Floyd
August 22, 2007
Page 2

I thank the Court for its attention to this matter.

Respectfully yours,

Lloyd S. Clareman
Co-Counsel for Defendants

cc: Michael J. Giese, Esq.
Julianne Farnsworth, Esq.