IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION
DEFICIENCY MEMORANDUM

**TO:**      Julianne Farnsworth

**FROM:**    Angela Lewis
             241-2759

**RE:**      7:07-502-HFF

**DATE:**    October 16, 2007

Pursuant to Rule 5, Federal Rules of Civil Procedures, the **Defendant's Id of Expert Witnesses, document #52** has been filed. However, it is deficient in the area(s) checked below:

**I.    When the deficiency noted is corrected and the document refiled, the Clerk will change the filing document date and response due date back to that of the original filing. The original filing will then be deleted.**

**The corrected document must not contain any changes other than to correct the deficiency noted.**

**Response is due based on the original filing date, regardless of the deficiency noted.**

■    **Pleading not signed with s/Name on signature line or graphic signature. Per ECF filing requirements, all main documents must have the filing attorney's signature. Also the document is scanned and not a created PDF also per ECF filing requirements. The Clerk is also wondering why this document is being filed after the case was closed on 10/15/07 at 3:38 pm. Please contact the case manager listed above to clear up the matter.**

☐    Incorrect case number listed on document filed

☐    Document filed in wrong case

☐    Document not legible

☐    Document signed by attorney but e-filed under another attorney's login

☐    Documents filed together, please separate and refile

☐    Wrong Event used

☐    Wrong Document Attached

**II.** **The document listed below should be filed using the event:  "Additional Attachments"**

☐ Memorandum not filed with motion pursuant to Local Civil Rule 7.04

**III.** **The document listed below should not be filed electronically.  It should be attached to an e-mail and sent to the appropriate filingdocs box listed below.  Upon receipt of it, the Clerk will file the entry:**

☐ Summons or Waiver documents not attached to Complaint

☐ JS 44 Civil Cover Sheet

Filingdocs_ecf_cola@scd.uscourts.gov
Filingdocs_ecf_chas@scd.uscourts.gov
Filingdocs_ecf_flor@scd.uscourts.gov
Filingdocs_ecf_gren@scd.uscourts.gov

**IV.** **These documents should be filed using the specific event listed**:

☐ No certificate of service, use   **"Certificate of Service"**

☐ No Interrogatories pursuant to Local Civil Rule 26.01.  These Interrogatories must be filed immediately, use **"Local Rule 26.01 Answers to Interrogatories"**

☐ No consultation certificate pursuant to Local Civil Rule 7.02, use **"Certificate of Consultation on Motion"**

**V.** **Documents filed by US Probation and US Marshal:**

☐ Deficiency:

**Please correct the deficiency(ies) as noted above within one business day**.