**PORZIO, BROMBERG & NEWMAN, P.C.**
100 Southgate Parkway
Morristown, NJ 07962-1997
(973) 538-4006
Attorneys for Plaintiff United Resource Recovery Corporation and Third-Party Defendant Carlos Gutierrez

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED RESOURCE RECOVERY CORPORATION,<br><br>        Plaintiffs<br><br>v.<br><br>RAMKO VENTURE MANAGEMENT, INC. and JOHN KOHUT,<br><br>        Defendants. | CIVIL ACTION NO. 07-9452 (RWS)<br><br><br><br>**NOTICE OF APPEARANCE** |
| RAMKO VENTURE MANAGEMENT, INC.,<br><br>        Third-Party Plaintiff<br><br>v.<br><br>CARLOS GUTIERREZ,<br><br>        Third-Party Defendant. | |

TO:  Clerk
     United States District Court
     Southern District of NY
     500 Pearl St.
     New York, NY 10007

Sir or Madam:

   Please take notice that pursuant to the Order transferring this case from the District of South Carolina to the Southern District of New York, Porzio, Bromberg & Newman, PC hereby appears as counsel for plaintiff United Resource Recovery Corporation and Third-Party Defendant Carlos Gutierrez in lieu of prior counsel appearing in the District of South Carolina.

1160705

    Please enter our appearance on behalf of Plaintiff United Resource Recovery Corporation and Third-Party Defendant Carlos Gutierrez. All notices should be sent to the following attorneys:

Lauren E. Handler (LEH-6908)
Gary M. Fellner (GMF-7486)
Damian Christian Shammas (DCS-6343)
Porzio, Bromberg & Newman, P.C.
100 Southgate Parkway
Morristown, NJ 07962-1997
lehandler@pbnlaw.com
gmfellner@pbnnlaw.com
dcshammas@pbnlaw.com

                                  PORZIO, BROMBERG & NEWMAN, P.C.
                                  Attorneys for Plaintiff United Resource
                                  Recovery Corporation and Third-Party
                                  Defendant Carlos Gutierrez

                                  By: *[signature]*
                                       Damian Christian Shammas (DCS-6343
                                          An Attorney of the Firm

Dated: November 2, 2007

1160705