**PORZIO, BROMBERG & NEWMAN, P.C.**
100 Southgate Parkway
Morristown, NJ 07962-1997
(973) 538-4006
Attorneys for Plaintiff United Resource Recovery Corporation and Third-Party Defendant Carlos Gutierrez

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED RESOURCE RECOVERY CORPORATION,<br><br>Plaintiffs<br><br>v.<br><br>RAMKO VENTURE MANAGEMENT, INC. and JOHN KOHUT,<br><br>Defendants. | CIVIL ACTION NO. 07-9452 (RWS) |
| RAMKO VENTURE MANAGEMENT, INC.,<br><br>Third-Party Plaintiff<br><br>v.<br><br>CARLOS GUTIERREZ,<br><br>Third-Party Defendant. | |

### NOTICE OF CHANGE OF ADDRESS

To:    Attorney Admission Clerk and All Other Parties

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for:    **Damian Christian Shammas**

[ ]    *Attorney*

   [X]    I am a U.S.D.C., Southern District of New York attorney, My Bar number is:

   **DCS-6343**

   [ ]    I am a Pro Hac Vice attorney

1164231

☐ I am a Government Agency attorney

[X] *Law Firm/Government Agency Association*

From: **Day Pitney**

To: **Porzio, Bromberg & Newman, PC**

[X] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____

[x] *Address:* 100 Southgate Parkway, Morristown, NJ 07960

[x] *Telephone Number:* 973-538-4006

[x] *Fax Number:* 973-538-5146

☐ *E-Mail Address:*

Dated: _[signature]_    _11/15/07_

1164231