UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

United Resource Recovery

-v.-

Ramko Venture

-------------------------------------------------------X

07 Civ. 9452 (RWS)

Please be advised that the conference scheduled for **1-23-08** has been rescheduled to **1-30-08** at **4:30pm** in Courtroom 18C.

Please notify opposing counsel of the change.

SO ORDERED.

Dated: New York, New York
12/3/07

_____
ROBERT W. SWEET
United States District Judge