UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------X

UNITED RESOURCE RECOVERY CORP.,

           Plaintiff,

  - against -

RAMKO VENTURE MANAGEMENT, INC., ET AL.,

           Defendants.

------------------------------------------X

07 Civ. 9452 (RWS)

O R D E R



Sweet, D.J.,

      The letter of Defendant RamKo Venture Management, Inc. dated January 3, 2008 will be treated as a motion and heard at noon on Wednesday, January 23, 2008, in courtroom 18C.  All motion papers shall be served in accordance with Local Civil Rule 6.1.

      It is so ordered.

**New York, NY**
**January 9, 2008**

                              ROBERT W. SWEET
                                  U.S.D.J.