

# PORZIO
## BROMBERG & NEWMAN P.C.
### ATTORNEYS AT LAW

TELEPHONE (212) 265-6888 • FAX (212) 957-3983

**RECEIVED FEB 04 2008 JUDGE SWEET CHAMBERS**

GARY M. FELLNER
MEMBER, NJ AND NY BARS
DIRECT DIAL NO.: 646-348-6722
E-MAIL ADDRESS: GMFELLNER@PBNLAW.COM

February 4, 2008

:2/5/08

<u>VIA FACSIMILE (212) 805-7925</u>

Honorable Robert W. Sweet
United States District Court, Southern District of New York
Daniel P. Moynihan United States Court House
500 Pearl Street, Room 1920
New York, New York 10007

*So ordered
Sweet
USDJ
2-4-08*

    Re:    *United Resource Recovery Corporation v. RamKo Venture Management, Inc., et al.*
            Civil Action No.: 07-9452 (RWS)
            Motion to dismiss: Returnable March 19, 2008

Dear Judge Sweet:

    We represent plaintiff United Resource Recovery Corporation and third-party defendant Carlos Gutierrez in the above-referenced action. In connection with the pending motion that we recently filed on our clients' behalf seeking dismissal of the counterclaims and third-party complaint, currently returnable on March 19, 2008, all parties jointly request the following briefing schedule and new return date for oral argument:

> Opposition papers from defendant to be served and filed by March 7;
> reply papers in further support from plaintiff and third-party defendant to
> be served and filed by April 1; and argument before the Court to be
> heard at 12:00 PM on April 16.

    Thank you for Your Honor's consideration of this joint request.

                                                 Respectfully submitted,

                                               Gary M. Fellner

cc:    Lloyd S. Clareman, Esq. (via facsimile and regular mail)

1182242

156 WEST 56TH STREET
NEW YORK, NY 10019-3800
MORRISTOWN OFFICE: 973-538-4006
BRICK NJ OFFICE: 732-262-9248
www.pbnlaw.com