**PORZIO, BROMBERG & NEWMAN, P.C.**
156 West 56th Street
New York, NY 10019-3800
Attorneys for Plaintiff United Resource Recovery Corporation and Third-Party Defendant Carlos Gutierrez

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED RESOURCE RECOVERY CORPORATION,<br><br>    Plaintiffs<br><br>v.<br><br>RAMKO VENTURE MANAGEMENT, INC. and JOHN KOHUT,<br><br>    Defendants.<br><br>RAMKO VENTURE MANAGEMENT, INC.,<br><br>    Third-Party Plaintiff<br><br>v.<br><br>CARLOS GUTIERREZ,<br><br>    Third-Party Defendant. | CIVIL ACTION NO. 07-9452 (RWS)<br><br><br><br>**NOTICE OF APPEARANCE** |

TO:   Clerk
      United States District Court
      Southern District of NY
      500 Pearl St.
      New York, NY 10007

Sir or Madam:

Please take notice that Porzio, Bromberg & Newman, PC hereby appears as counsel for plaintiff United Resource Recovery Corporation and Third-Party Defendant Carlos Gutierrez in lieu of prior counsel appearing in the District of South Carolina.

1160705

Please enter my appearance on behalf of Plaintiff United Resource Recovery Corporation and Third-Party Defendant Carlos Gutierrez. All notices should be sent to the following attorney:

Gary M. Fellner (GF-7486)
Porzio, Bromberg & Newman, P.C.
100 Southgate Parkway
Morristown, NJ 07962-1997
gmfellner@pbnnlaw.com

                              PORZIO, BROMBERG & NEWMAN, P.C.
                              Attorneys for Plaintiff United Resource
                              Recovery Corporation and Third-Party
                              Defendant Carlos Gutierrez

                              By: _S/Gary M. Fellner_____
                                     Gary M. Fellner (GF-7486)
                                     An Attorney of the Firm

Dated: New York, NY
         March 17, 2008

1160705