UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED RESOURCE RECOVERY CORPORATION,<br><br>     Plaintiff,<br><br>-against-<br><br>RAMKO VENTURE MANAGEMENT, INC. and JOHN KOHUT,<br><br>     Defendants.<br>_____<br>RAMKO VENTURE MANAGEMENT, INC.,<br><br>     Third-Party Plaintiff,<br><br>-against-<br><br>CARLOS GUTIERREZ,<br><br>     Third-Party Defendant. | CIVIL ACTION NO. 07-9452 (RWS)<br><br><br><br><br><br>**REPLY DECLARATION OF GARY M. FELLNER, ESQ. IN FURTHER SUPPORT OF MOTION TO DISMISS COUNTERCLAIMS AND THIRD-PARTY COMPLAINT PURSUANT TO FED. R. CIV. PROC. 12(c)** |

  **GARY M. FELLNER**, of sound age and mind, declares under penalty of perjury as follows:

  1. I am a principal of the firm of Porzio, Bromberg & Newman, P.C., attorneys for Plaintiff United Resource Recovery Corporation and Third-Party Defendant Carlos Gutierrez in the above-referenced action. As such, I have personal knowledge of the facts stated below.

  2. I respectfully submit this reply declaration in further support of Plaintiff and Third-party Defendant's Motion to Dismiss Counterclaims and Third-party Complaint pursuant to Fed. R. Civ. Proc. 12(c).

1194066

3. Annexed hereto as Exhibit 1 is a true and correct copy of a November 3, 2005 e-mail from John Kohut to Carlos Guiterrez.

I declare under penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct.

Executed this 31st day of March 2008.

_____
Gary M. Fellner (GF-7486)

1194066

**REDACTED**

```
----- Original Message -----
From: "John W. Kohut" <ramko@earthlink.net>
To: "Carlos D. Gutierrez" <cgutierrez@urrc.net>
Sent: Thursday, November 03, 2005 6:53 AM
Subject: agreements


> Carlos,
>
> I gave you signed copies of all of the attached.  Also, there is nothing
> new in any of the attached except - the amount raised went up to $15
> million and the fee went from 10% to 5%.  The way it reads is you pay
> the higher of 10% of the equity placed with a cap of $600,000 or 5% of
> the amount actually placed (max fee under this agreement is $750,000).
> The prior agreement was for 10% of the equity raised without a cap.  The
> new one reduces the price so that there would be no argument whether 10%
> of $15 million would be do.  Pretty much everything else is identical to
> the previous ones you signed (except for the December of '04 signing
> dates)
>
> You can use these copies for inclusion in the due diligence disk.  You
> should have fully signed copies of mine (in your desk).  I would suggest
> you sign them dated in late 04 (but it's up to you).
>
> "K"
>

------------------------------------------------------------------------

> {\rtf1\ansi\ansicpg1252\uc1\deff0\stshfdbch0\stshfloch0\stshfhich0\stshfbi0\deflang1033
\deflangfe1033{\fonttbl{\f0\froman\fcharset0\fprq2{\*\panose
> 02020603050405020304}Times New Roman;}
```

1