UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED RESOURCE RECOVERY CORPORATION,<br><br>    Plaintiff,<br><br>-against-<br><br>RAMKO VENTURE MANAGEMENT, INC. and JOHN KOHUT,<br><br>    Defendants. | CIVIL ACTION NO. 07-9452 (RWS)<br><br><br><br>**CERTIFICATION OF SERVICE** |
| RAMKO VENTURE MANAGEMENT, INC.,<br><br>    Third-Party Plaintiff,<br><br>-against-<br><br>CARLOS GUTIERREZ,<br><br>    Third-Party Defendant. | |

  **DAMIAN CHRISTIAN SHAMMAS**, of sound age and mind, declares under penalty of perjury as follows:

  1. I am an associate of the firm of Porzio, Bromberg & Newman, P.C., attorneys for Plaintiff United Resource Recovery Corporation and Third-Party Defendant Carlos Gutierrez in the above-referenced action.

  2. On April 1, 2008, I caused to be served via electronic filing and Federal Express a true and correct copy of Plaintiff's and Third-Party Defendant's Reply Brief in Further Support of its Motion to Dismiss Counterclaims and Third-Party Complaint Pursuant to Fed. R. Civ. Pro 12(c) to Lloyd Clareman, Esq., counsel for Defendant/Third-Party Plaintiff.

1195453

I declare under penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct.

Executed this 1st day of April 2008.

                                                  Damian Christian Shammas   (DS-6343)

1195453