**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED RESOURCE RECOVERY CORPORATION,<br><br>      Plaintiff,<br><br>  -against-<br><br>RAMKO VENTURE MANAGEMENT, INC. and JOHN KOHUT,<br><br>      Defendants.<br>——————————————————<br>RAMKO VENTURE MANAGEMENT, INC.,<br><br>      Third-Party Plaintiff,<br><br>  -against-<br><br>CARLOS GUTIERREZ,<br><br>      Third-Party Defendant. | Civil Action No. 07-9452 (RWS) |

## NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: _____

[X] *Attorney*

  [X] I am a U.S.D.C., Southern District of New York attorney. My Bar Number is:
    **7486 (last 4 digits of SS)**

  [ ] I am a Pro Hac Vice attorney

  [ ] I am a Government Agency attorney

[X] *Law Firm/Government Agency Association*

  From: **Fischein, Badillo, Wagner, Hardinh**

  To: **Porzio, Bromberg & Newman, P.C.**

  [X] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

1217089

☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____ .
_____ .

☒ *Address:*         156 W. 56 St., Suite 803, New York, NY  10019-3800

☒ *Telephone Number:*      212-265-6888

☒ *Fax Number:*        212-957-3983

☒ *E-Mail Address:*     gmfellner@pbnlaw.com

Dated:    July 7, 2008                             _____
                                                            Gary M. Fellner, Esq.

1217089