UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

United Resource,

:  07 Civ. 9452 (RWS)

-v.-

Ramko Venture

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/26/09
```

Please be advised that the conference scheduled for Oct 28, 09 has been rescheduled to Nov 18, 09 at 4:30pm in Courtroom 18C.

Please notify opposing counsel of the change.

SO ORDERED.

Dated: New York, New York
10/26/09

_____
ROBERT W. SWEET
United States District Judge